```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

TANYA FOSTER,

                Plaintiff,

   - against -

SENSIO, INC.,

                Defendant.

24-cv-1172 (JGK)

ORDER

------------------------------------------------

JOHN G. KOELTL, District Judge:

    The parties are directed to file a Rule 26(f) Report by **May 29, 2024.**

SO ORDERED.

Dated:   New York, New York
          May 14, 2024

                                                                                         John G. Koeltl
                                                      United States District Judge