UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TANYA FOSTER,<br><br>　　　　　　Plaintiff,<br><br>　-against-<br><br>SENSIO, Inc.,<br><br>　　　　　　Defendants. | 24-CV-01172 (JGK) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On August 5, 2024, the Settlement Conference scheduled for August 8, 2024 was adjourned at the request of Defendant. (*See* ECF 21.) On August 6, 2024, counsel for Defendant informed my Courtroom Deputy that Defendant was retaining new counsel and would need time before the Settlement Conference could be rescheduled. On August 21, 2024, my Courtroom Deputy reached out to parties to reschedule the Settlement Conference but received no response. By August 30, 2024, counsel for Defendant shall file a letter on the docket with proposed dates for a rescheduled Settlement Conference.

DATED:　August 26, 2024
　　　　　New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge