UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TANYA FOSTER,<br><br>      Plaintiff,<br><br> -against-<br><br>SENSIO, INC.,<br><br>      Defendant. | 24-CV-1172 (JGK) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  On May 29, 2024 Judge John G. Koeltl referred this case to me for settlement purposes. (ECF 16, Order of Reference.) By **April 11, 2025**, the parties shall file on the docket a joint letter on the status of discovery, which shall also indicate whether the parties believe it would be helpful to schedule a mediation or settlement conference in this action.

DATED: April 8, 2025
     New York, NY

                     SO ORDERED.

                     ROBYN F. TARNOFSKY
                     United States Magistrate Judge